UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANA SERAFIN, *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>THOMAS GONIEA, *et al.*,<br>　　　　Defendants. | ) <br> ) <br> ) 　No. 1:23-cv-412 <br> ) <br> ) 　Honorable Paul L. Maloney <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 68), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　August 26, 2024　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　United States District Judge