UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 10, 2025

Ms. Echo Aloe
Office of the Attorney General
of Michigan
P.O. Box 30755
Lansing, MI 48909

Ms. Kelly M. Drake
Office of the Attorney General
of Michigan
P.O. Box 30755
Lansing, MI 48909

Mr. Garett Lee Koger
Butzel Long
124 W. Allegan Street
Suite 1000
Lansing, MI 48933

Mr. Joseph E. Richotte
Butzel Long
201 W. Big Beaver Road
Suite 1200
Troy, MI 48084

Mr. Barrett Young
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226

Re:   Case No. 24-1808, *Dana Serafin, et al v. Thomas Goniea, et al*
      Originating Case No. : 1:23-cv-00412

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

        Sincerely yours,

        s/Connie A. Weiskittel
        Mediation Administrator

cc:  Ms. Ann E. Filkins

Enclosure

No mandate to issue

Case No. 24-1808

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DANA SERAFIN; BAILEY SERAFIN; LIXEY FISH COMPANY

    Plaintiffs - Appellants

v.

THOMAS GONIEA, in his individual and official capacity; JAMES DEXTER, in his individual and official capacity; SETH HERBST, in his individual and official capacity; RANDALL CLARAMUNT, in his individual and official capacity; MICHIGAN DEPARTMENT OF NATURAL RESOURCES

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                                   **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: June 10, 2025